| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL A. ATTANASIO (151529) |
| 2 | (mattanasio@cooley.com) |
| | MICHELLE C. DOOLIN (SB # 179445) |
| 3 | (mdoolin@cooley.com) |
| | LEO P. NORTON (SB #216282) |
| 4 | (lnorton@cooley.com) |
| | 4401 Eastgate Mall |
| 5 | San Diego, CA 92121 |
| | Telephone:     (858) 550-6000 |
| 6 | Facsimile:     (858) 550-6420 |
| 7 | Attorneys for Defendants |
| | SONY CORPORATION OF AMERICA, |
| 8 | SONY ELECTRONICS INC., and |
| | SONY CORPORATION |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JP SMART, BRETT GRADY, GWEN DALEY, NOEL HUFF, TERRY MERRIETT VINCENT TINO, JEROME HEIMILLER, JR., AND ROBERT FELKINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY CORPORATION OF AMERICA, SONY ELECTRONICS INC., and SONY CORPORATION,<br><br>Defendants. | Case No. 08 CV 2276 W NLS<br><br>**SONY CORPORATION OF AMERICA, SONY ELECTRONICS INC., AND SONY CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), 12(b)(6), AND 9(b)**<br><br>**[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]**<br><br>Date:      October 19, 2009<br>Time:      10:30 a.m.<br>Judge:     Hon. Thomas J. Whelan<br>Courtroom: 7 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF MOTION AND MOTION TO
DISMISS CONSOLIDATED COMPLAINT
CASE NO. 08 CV 2276 W NLS

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Sony Corporation of America, Sony Electronics Inc., and Sony Corporation (collectively, "Sony") respectfully move the above-captioned Court for an order dismissing with prejudice plaintiffs' Consolidated Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b).

This motion will be heard on October 19, 2009, at 10:30 a.m., or as soon thereafter as determined by the Court, located at 940 Front Street, San Diego, CA 92101, before the Honorable Thomas J. Whelan, courtroom 7.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Rosemarie Pleschken, the Declaration of Leo P. Norton, and the Request for Judicial Notice, all filed concurrently herewith, all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

Dated: September 3, 2009

COOLEY GODWARD KRONISH LLP
MICHAEL A. ATTANASIO (151529)
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)


/s/ Michael A. Attanasio
Michael A. Attanasio (151529)

Attorneys for Defendants
SONY CORPORATION OF AMERICA, SONY ELECTRONICS INC., and SONY CORPORATION

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED COMPLAINT
CASE NO. 08 CV 2276 W NLS